# Interest Checking

Last Updated: October 18, 2021 4:09 PM



Account Info | Available Balance

**Transactions**   Details & Settings

🔍 1060   ✕

| Date ▼ | Description ▼ | | Amount ▼ | |
|---|---|---|---|---|
| JUN 7 2021 | ▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓▓▓▓ | ⋮ |
| JUN 3 2021 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓▓▓▓ | ⋮ |
| JAN 8 2020 | 💳 SHARE DRAFT - 1060 | | ($30,000.00) | ⋮ |

**Details**

**Statement Description:**
SHARE DRAFT

**Date:**
1/8/2020

**Type:**
Debit - Check 1060

[Check image: BRAD ECKLAND, 2297 NE POYNTER, HILLSBORO, OR 97124-0000. Check #1060. RECEIVED JAN 0 6 2020. Date: Oct 28, 2019. Pay to the Order of: Travelers Casualty & Surety Co of America $30,000. Thirty Thousand and No/100 Dollars. OnPoint Community Credit Union. For: claim #TL808308. Signed: Brad Eckland]

1 of 2

| Date | | | |
|---|---|---|---|
| JUN 4 2019 | ██████████████ | ████ | ⋮ |
| APR 12 2018 | ██████████████ | ████ | ⋮ |

**Page totals:** Credits: [1] ████ | Debits: [4] ████ )

Good Evening, Brad Eckland

# Interest Checking

Last Updated: October 18, 2021 4:09 PM

Account Info | Available Balance

**Transactions** | Details & Settings

🔍 1060 ✕

| Date | Description | Amount |
|---|---|---|
| JUN 7 2021 | ▆▆▆▆▆▆▆▆▆▆ | ▆▆▆▆ |
| JUN 3 2021 | ▆▆▆▆▆▆▆▆▆▆ | ▆▆▆▆ |
| JAN 8 2020 | SHARE DRAFT - 1060 | ($30,000.00) |

**Details**

**Statement Description:**
SHARE DRAFT

**Date:**
1/8/2020

**Type:**
Debit - Check 1060

[check image thumbnail, 2 of 2]

| Date | Description | Amount | |
|---|---|---|---|
| JUN 4 2019 | ███████████████████ | ████ | ⋮ |
| APR 12 2018 | ███████████████████ | ████ | ⋮ |

**Page totals:** Credits: [1 ██████ | Debits: [4 ██████])