

| Guilty-Pleading, Criminal History Category I Defendants (zero points) Scored According to USSG §2B1.1 Using 2015 or Later Guidelines Manual (Excludes Defendants with a Statutory Mandatory Minimum Sentence) (Excludes Defendants Who Received a USSG §5K1.1 Downward Departure) National – FY 2016 - FY 2020 | | | | |
|---|---|---|---|---|
| **Total Offense Level** | **Total Cases** | **Probation/ Fine Only** | **Prison** | **Average Sentence[1]** |
| 1-8 | n=3,107 | 2,219 (71.4%) | 888 (28.6%) | 1.1 MO |
| 9-13 | n=3,689 | 1,978 (53.6%) | 1,711 (46.4%) | 2.8 MO |
| 14-20 | n=3,346 | 526 (15.7%) | 2,820 (84.3%) | 15.6 MO |
| 21 | n=300 | 30 (10.0%) | 270 (90.0%) | 25.7 MO |
| 22 | n=415 | 13 (3.1%) | 402 (96.9%) | 32.2 MO |
| 23 | n=232 | 19 (8.2%) | 213 (91.8%) | 32.6 MO |
| 24 | n=340 | 7 (2.1%) | 333 (97.9%) | 40.2 MO |
| 25 | n=137 | 5 (3.6%) | 132 (96.4%) | 44.1 MO |
| 26 | n=197 | 9 (4.6%) | 188 (95.4%) | 50.1 MO |
| 27 | n=93 | 2 (2.2%) | 91 (97.8%) | 54.1 MO |
| 28 and Over | n=555 | 8 (1.4%) | 547 (98.6%) | 87.0 MO |
| All Cases | n=12,411 | 4,816 (38.8%) | 7,595 (61.2%) | 14.3 MO |

Note: Percentages may not equal 100% due to rounding.

---

[1] For purposes of this calculation, those defendants sentenced to probation are counted as zero months.